Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−36754−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Agnes Antonio
1109 Weber Street
Union, NJ 07083

Alfredo Antonio
1109 Weber Street
Union, NJ 07083

Social Security No.:
xxx−xx−4136

xxx−xx−8242

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/15/17 at 10:30 AM

to consider and act upon the following:

*58* − Motion for Relief from Stay re: 1109 Weber Street, Union, NJ 07083. Fee Amount $ 181. Filed by Andrew M. Lubin on behalf of New Penn Financial dba Shellpoint Mortgage Servicing. Hearing scheduled for 10/18/2017 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit A, B, C, D # 3 Proposed Order # 4 Certificate of Service) (Lubin, Andrew)

Dated: 11/6/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court