

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   AGNES ANTONIO
   ALFREDO ANTONIO

**Case No.:  13-36754 RG**

**Hearing Date:  6/20/2018**

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 26, 2018**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  AGNES ANTONIO
            ALFREDO ANTONIO
Case No.:  13-36754
Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/20/2018 on notice to BRUCE W RADOWITZ

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 7/6/2018 or the case will be

  dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the

  above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

  Attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 7/18/2018.