| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on June 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   AGNES ANTONIO<br>   ALFREDO ANTONIO | Case No.:  13-36754 RG<br><br>Hearing Date:  6/20/2018 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 26, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): AGNES ANTONIO
ALFREDO ANTONIO

Case No.: 13-36754

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/20/2018 on notice to BRUCE W RADOWITZ ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 7/6/2018 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that Amended Schedules have been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 7/18/2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Agnes Antonio  
Alfredo Antonio  
      Debtors

Case No. 13-36754-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 28, 2018  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db/jdb       +Agnes Antonio,   Alfredo Antonio,   1109 Weber Street,   Union, NJ 07083-5826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:

        Andrew M. Lubin   on behalf of Creditor   New Penn Financial dba Shellpoint Mortgage Servicing  
          bkecf@milsteadlaw.com,  alubin@milsteadlaw.com  
        Bruce W. Radowitz   on behalf of Joint Debtor Alfredo  Antonio bradowitz@comcast.net,  
          r45676@notify.bestcase.com  
        Bruce W. Radowitz   on behalf of Debtor Agnes  Antonio bradowitz@comcast.net,  
          r45676@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
        John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM  
         Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
        Marie-Ann  Greenberg   magecf@magtrustee.com  
        William M. E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com  
        William M.E. Powers   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                                                              TOTAL: 9