UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

AGNES ANTONIO
ALFREDO ANTONIO

Case No.:  13-36754 RG

Hearing Date:  7/18/2018

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): AGNES ANTONIO
ALFREDO ANTONIO

Case No.: 13-36754

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/18/2018 on notice to BRUCE W RADOWITZ ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion re: insurance proceeds by 8/19/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney; and it is further

- ORDERED, that the Debtor(s) must provide proof of amount of life insurance by 8/2/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney