Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 13−36754−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Agnes Antonio                                                     Alfredo Antonio
  1109 Weber Street                                   1109 Weber Street
  Union, NJ 07083                                      Union, NJ 07083

Social Security No.:
  xxx−xx−4136                                               xxx−xx−8242

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 10:30 AM

to consider and act upon the following:

**75** − Objection to Amended Schedule C (related document:73 Amended Schedule(s) : A/B,C filed by Bruce W. Radowitz on behalf of Agnes Antonio. (Attachments: # 1 Summary of your assets and Declaration about debtor's schedules) filed by Debtor Agnes Antonio) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 8/7/18

                                                                  Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court