Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13−36754−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Agnes Antonio                                  Alfredo Antonio
1109 Weber Street                              1109 Weber Street
Union, NJ 07083                                Union, NJ 07083

Social Security No.:
  xxx−xx−4136                                  xxx−xx−8242

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/17/18 at 09:00 AM

to consider and act upon the following:

*81* − Certification in Opposition to (related document:78 Certification of Default of Standing Trustee. re: Fail to File
Motion Regarding Life Insurance Proceeds Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/5/2018.
(Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed
by Bruce W. Radowitz on behalf of Agnes Antonio. (Radowitz, Bruce)

Dated: 9/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court