Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−36754−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Agnes Antonio
1109 Weber Street
Union, NJ 07083

Alfredo Antonio
1109 Weber Street
Union, NJ 07083

Social Security No.:
xxx−xx−4136

xxx−xx−8242

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/17/18 at 09:00 AM

to consider and act upon the following:

*81* − Certification in Opposition to (related document:78 Certification of Default of Standing Trustee. re: Fail to File Motion Regarding Life Insurance Proceeds Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/5/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Bruce W. Radowitz on behalf of Agnes Antonio. (Radowitz, Bruce)

Dated: 9/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 13-36754-RG
Agnes Antonio                                                                            Chapter 13
Alfredo Antonio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                  Date Rcvd: Sep 07, 2018
                              Form ID: ntchrgbk          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db/jdb         +Agnes Antonio,    Alfredo Antonio,    1109 Weber Street,    Union, NJ 07083-5826
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@atlasacq.com Sep 07 2018 22:59:09      ATLAS ACQUISITIONS LLC,    294 Union St.,
                 Attn:  Avi Schild,    Hackensack, NJ 07601-4303
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    New Penn Financial dba Shellpoint Mortgage Servicing
               bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Bruce W. Radowitz     on behalf of Joint Debtor Alfredo  Antonio bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Bruce W. Radowitz     on behalf of Debtor Agnes  Antonio bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                              TOTAL: 9