Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 13−36754−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Agnes Antonio                                           Alfredo Antonio
   1109 Weber Street                            1109 Weber Street
   Union, NJ 07083                              Union, NJ 07083

Social Security No.:
   xxx−xx−4136                                        xxx−xx−8242

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     12/11/18
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Bruce W. Radowitz, Debtor's Attorney,

COMMISSION OR FEES
period: 2/19/2014 to 10/31/2018, fee: $3,350.0

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 14, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-36754-RG
Agnes Antonio                                                       Chapter 13
Alfredo Antonio
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 3               Date Rcvd: Nov 14, 2018
                                Form ID: 137                Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db/jdb         +Agnes Antonio,   Alfredo Antonio,   1109 Weber Street,   Union, NJ 07083-5826
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
514516431      +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514455534     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services, Inc.,   PO Box 183853,
                 Arlington TX 76096)
514462364      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
514408496      +America Express c/o,   Gatestone & Co. Imternational,   1000 N. West Street, Suite 1200,
                 Wilmington, DE 19801-1058
514408497      +American  Express,   Po Box 981540,   El Paso, TX 79998-1540
514519346       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514528506       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514408498      +Associated Retinal Consultants LLC,   1000 Gallioping Hill Road,   3rd Floor Ste 305,
                 Union, NJ 07083-7989
514408500      +BP,   Po Box 15153,   Wilmington, DE 19886-5153
514408499      +Barclay Bank Delaware,   125 South West Str,   Wilmington, DE 19801-5014
514408501      +CACH LLC/Sears c/o,   John C. Bonewicz, P.C,   350 N. Orleans Street,   Ste 300,
                 Chicago, IL 60654-1607
514408502      +Cach of NJ, LLC c/o,   Fein, Such, Kahn & Shepar,   7 Century Drive,
                 Parsippany, NJ 07054-4673
514408505      +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
514408506      +Citi/Shell,   Po Box 6406,   Sioux Falls, SD 57117-6406
514408509      +CitiMortgage, Inc,   Po Box 183040,   Columbus, OH 43218-3040
514501868       CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD  57117-6030
514663370      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
514408507      +Citibank/Citi Mastercard,   ARS National Services, Inc,   Po Box 463023,
                 Escondido, CA 92046-3023
514408508      +Citicards CBNA,   701 E 60th St N,   Sioux Falls, SD 57104-0432
514408511      +Discover Bank c/o,   Forster, Garbus & Garbus,   7 Banta Place,   Hackensack, NJ 07601-5604
514706743      +Enerbank USA,   1245 East Brickyard Road, Ste 600,   Salt Lake City, UT 84106-2562
514408513      +Exxonmobil/Citibank,   Po Box 6497,   Sioux Falls, SD 57117-6497
514408514      +GE Capital c/o,   Richard S. Eichenbaum,   10 Forest Avenue,   Paramus, NJ 07652-5242
514408516      +GM Financial,   Po Box 181145,   Arlington, TX 76096-1145
514408518      +HFC,   PO Box 17574,   Baltimore, MD 21297-1574
514408520      +Lukoil/Barclaycard us c/o,   Capital Management Service, LP,   698 1/2 South Ogden Street,
                 Buffalo, NY 14206-2317
514408522     ++MORRISTOWN PATHOLOGY ASSOCIATES PA,   PO BOX 500,   HACKETTSTOWN NJ 07840-0500
               (address filed with court:  Morristown Pathology Assoc, PA,   65 Madison Avenue Ste 200,
                 Morristown, NJ 07960)
514408525     ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court:  Nissan Motor Acceptance Corp.,   PO Box 371447,
                 Pittsburgh, PA 15250-7447)
514436002      +NJClass,   PO Box 548,   Trenton, NJ 08625-0548
516981217       New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10675,
                 Greenville, SC 29603-0675
514408523      +Newark Beth Israel Medical Center c/o,   Celentano, Stadtmauer & Walentowicz,
                 1035 Route 46 East,   Clifton, NJ 07013-7481
514408524      +Newegg,   Po Box 2394,   Omaha, NE 68103-2394
514425559       Nissan-Infiniti LT,   PO Box 660366,   Dallas TX 75266-0366
514408526      +Overlook Medical Center,   Po Box 35611,   Newark, NJ 07193-5611
514408527      +Pathology Solutions,   Church Street Station,   Po Box 3821,   New York, NY 10008-3821
514408528      +Plain Green Loans,   Po Box 204271,   Dallas, TX 75320-4271
514408529      +Portfolio Recover Associates/Capitalcare,   Forster, Garbus& Garbus,   60 Motor Parkway,
                 Commack, NY 11725-5710
514408530      +Portfolio Recovery Assocaites/ QVC c/o,   Forster, Garbus & Garbus,   60 Motor Parkway,
                 Commack, NY 11725-5710
514408531      +Portfolio Recovery Associates / JC Penny,   c/o Forster, Garbus & Garbus,   60 Motor Parkway,
                 Commack, NY 11725-5710
514408532      +Saint Barnabas Medical Center c/o,   Schachter Portnoy LLC,   3490 U.S Route 1,
                 Princeton, NJ 08540-5920
514408533       Senex Services Corp,   Dept 7030,   Bowersville, GA 30516
514408534      +State of New Jersey Ass,   Po Box 538,   Trenton, NJ 08625-0538
514408535      +Sunoco/Citibank,   Po Box 6497,   Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 01:45:31     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 01:45:27     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Nov 14, 2018
                              Form ID: 137             Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr               +E-mail/Text: bnc@atlasacq.com Nov 15 2018 01:44:18      ATLAS ACQUISITIONS LLC,    294 Union St.,
                   Attn: Avi Schild,    Hackensack, NJ 07601-4303
515093544        +E-mail/Text: bnc@atlasacq.com Nov 15 2018 01:44:18      Atlas Acquisitions LLC,    294 Union St.,
                   Hackensack, NJ 07601-4303
514444075         E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2018 01:50:18
                   Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517526859        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:49:34
                   Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk VA 23541-1021
514408503         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 01:49:28      Capital One Bank,
                   PO Box 70884,   Charlotte, NC 28272-0884
514408504        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:20      Carecredit/GECRB,   Po Box 960061,
                   Orlando, FL 32896-0061
514408510        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2018 01:44:53
                   Comenity Bank /Victorias Secret,    Po Box 182789,   Columbus, OH 43218-2789
514446917         E-mail/Text: mrdiscen@discover.com Nov 15 2018 01:44:16      Discover Bank,
                   DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
514408512        +E-mail/Text: bbagley@enerbankusa.com Nov 15 2018 01:44:43      Enerbank USA,
                   1945 W. Parnall Rd Ste 200,   Jackson, MI 49201-8658
514577971         E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:55      GE Capital Retail Bank,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
514408515        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:49:20      GECRB/PC Richards,
                   Po Box 981439,   El Paso, TX 79998-1439
514408517        +E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2018 01:44:14      GMAC,    Po Box 105677,
                   Atlanta, GA 30348-5677
514408519         E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 01:44:30      Internal Revenue Service,
                   Po Box 7346,   Philadelphia, PA 19101-7346
514644658         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 15 2018 01:45:46      Jefferson Capital Systems LLC,
                   Po Box 7999,   Saint Cloud Mn 56302-9617
514660849         E-mail/Text: bkr@cardworks.com Nov 15 2018 01:43:59      MERRICK BANK,
                   Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
514408521        +E-mail/Text: bkr@cardworks.com Nov 15 2018 01:43:59      Merrick Bank,   10705 S Jordan Gtwy Ste,
                   Ste 200,   South Jordan, UT 84095-3977
514684109         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:50:11
                   Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,   Norfolk VA 23541
514700521         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 01:50:11
                   Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,   Norfolk VA 23541
514700471         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 02:02:22
                   Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,   Norfolk VA 23541
514700524         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 02:02:22
                   Portfolio Recovery Associates, LLC,    c/o QVC RECEIVABLES,    POB 41067,   Norfolk VA 23541
514494874         E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2018 01:45:12
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
516390508        +E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2018 01:45:13
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788,
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
514515990         E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2018 01:45:12
                   Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                   Kirkland, WA 98083-0788
514578351         E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2018 01:45:13
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
514408536        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2018 01:44:53      WFCB/Home Shopping Network,
                   Po Box 182120,   Columbus, OH 43218-2120
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516981218         New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                   Greenville, SC 29603-0675,    New Penn Financial, LLC,   d/b/a Shellpoint Mortgage Servicing
516390507*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 3 of 3                  Date Rcvd: Nov 14, 2018
                              Form ID: 137             Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    New Penn Financial dba Shellpoint Mortgage Servicing
           bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
          Bruce W. Radowitz    on behalf of Debtor Agnes   Antonio bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Joint Debtor Alfredo   Antonio bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                              TOTAL: 9
```