

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowitz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor(s) | Order Filed on December 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Agnes Antonio<br>Alfredo Antonio(deceased) | Case No: 13-36754<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: RG |

## ORDER RESOLVING OBJECTION TO EXEMPTIONS, MOTION AND TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**.

**DATED: December 4, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

DEBTORS:   Agnes Antonio and Alfredo Antonio (deceased)

CASE NO:   **13-36754/RG**

ORDER CAPTION:   **ORDER RESOLVING OBJECTION TO EXEMPTIONS, MOTION AND TRUSTEE'S CERTIFICATION OF DEFAULT**

---

**THIS MATTER** having been opened by the Court by way of Certification of Default filed by the Chapter 13 Trustee and Objection to claimed Exemptions of the Debtor(s) filed by the Chapter 13 Trustee and the Debtor(s) by and though Bruce W. Radowitz, Esq counsel to the Debtors, herein, having filed objections and/or responses and that argument of counsel, if any, having been heard by the Court and the Court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** the Chapter 13 Standing Trustee Motion and/or Certification of Default shall be marked settled, and further

**ORDERED**, the Objection to Claimed Exemptions of the Debtor(s) by the Chapter 13 Standing Trustee is hereby resolved wherein the Debtor shall be allowed an Exemption in Life Insurance Proceed in the gross amount of $305,000.00, and further

**ORDERED,** that the Debtor shall forward the sum of $45,000.00 to the Chapter 13 Standing Trustee, for and as an additional distribution to the General Unsecured Creditors, less Trustee fees and commissions, and further

**ORDERED,** that the Debtor(s) must continue to make Chapter 13 Plan payments to successfully complete the Chapter 13 Plan, and further

**ORDERED,** that if the Debtor(s) should fail to make any payments now due or due in the future under the Chapter 13 Plan, and said payments shall be delinquent for more than Thirty (30) days, the Chapter 13 Standing Trustee may submit a Certification of Default, and further

**ORDERED**, that a copy of this Order be served on all parties within Seven (7) days.