Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 13−36754−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Agnes Antonio | Alfredo Antonio |
| 1109 Weber Street | 1109 Weber Street |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−4136                                             xxx−xx−8242

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 10, 2019</u>                    <u>Rosemary Gambardella</u>
                                               Judge, United States Bankruptcy Court